DISMISS; Opinion issued February 7, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-12-00962-CV

---

## IN THE INTEREST OF A.Y.T., A CHILD

---

### On Appeal from the 330th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 1200241Y

---

## MEMORANDUM OPINION
Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

By letter dated July 12, 2012, we notified appellant the $175 filing fee was due. We cautioned appellant that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Also by letter dated July 12, 2012, we notified appellant he had not filed a docketing statement. We directed appellant to file a docketing statement within ten days. We cautioned appellant that failure to do so might result in the dismissal of this appeal. To date, appellant has not paid the filing fee, filed a docketing statement, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(b),(c).

CAROLYN WRIGHT
CHIEF JUSTICE

120962F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF A.Y.T., A CHILD

No. 05-12-00962-CV

On Appeal from the 330th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 1200241Y.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee ROBYN Y. THOMAS recover her costs of this appeal from appellant ANCEL BYNAUM.

Judgment entered February 7, 2013.

CAROLYN WRIGHT
CHIEF JUSTICE